# UNITED STATES DISTRICT COURT
for the
DISTRICT OF ALASKA

| | |
|---|---|
| **AGDAAGUX TRIBE OF KING COVE, NATIVE VILLAGE OF BELKOFSKI, KING COVE CORPORATION, ALEUTIANS EAST BOROUGH, CITY OF KING COVE, ETTA KUZAKIN and LEFF KENEZUROFF**<br>Plaintiffs<br><br>v.<br><br>**SALLY JEWELL**, Secretary of the Department of Interior; **KEVIN WASHBURN**, Assistant Secretary for Indian Affairs, **RACHEL JACOBSON**, Acting Assistant Secretary for Fish Wildlife and Parks; **DAN ASHE**, Director, United States Fish and Wildlife Service; **GEOFF HASKETT**, Regional Director State Fish and Wildlife Service; **DOUG DAMBERG** Manager, Izembek National Wildlife Refuge,<br><br>Defendants | Civil Action No. 3:14-cv-00110-HRH |

## SUMMONS

To: **ERIC HOLDER**
Attorney General
U.S. Department of Justice

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Steven Silver, whose address is Robertson, Monagle, and Eastaugh, P,C., 1810 Samuel Morse Dr. Suite 202, Vienna, VA 20190. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or

motion with the court.

Date:                                            Signature of Clerk of Court

                                                     _____

                                                     Clerk of Court

(Court Seal)