KAREN L. LOEFFLER
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Richard.Pomeroy@usdoj.gov

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division

STACEY BOSSHARDT, Senior Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-2912
(202) 305-0506 (fax)
stacey.bosshardt@usdoj.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| AGDAAGUX TRIBE OF KING COVE, et al., <br><br> Plaintiffs, <br><br> and <br><br> STATE OF ALASKA <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> SALLY JEWELL, Secretary of the Department of Interior, et al., <br><br> Defendants, <br><br> and <br><br> FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, et al <br><br> Intervenor-Defendants. | 3:14-cv-00110 (HRH) <br><br><br> **DEFENDANTS' FED. R. CIV. P. 56 CROSS-MOTION FOR SUMMARY JUDGMENT** |

For the reasons set forth in the accompanying memorandum, Defendants move under Federal Rule of Civil Procedure 56 for summary judgment on Plaintiffs' remaining claims, which are brought under the Administrative Procedure Act. As Defendants' memorandum, the authorities cited therein, and the administrative record show, the challenged environmental analysis of the proposed Izembek National Wildlife Refuge Land Exchange/Road Corridor complies with the National Environmental Policy Act, Omnibus Public Land Management Act, and all other applicable law. The challenged Record of Decision is supported by the administrative record and is not "arbitrary and capricious." Defendants therefore move for entry of judgment in their favor.

Respectfully submitted this 9th day of March, 2015.

KAREN L. LOEFFLER
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Richard.Pomeroy@usdoj.gov

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division

/s/ Stacey Bosshardt
STACEY BOSSHARDT, Senior Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-2912
(202) 305-0506 (fax)
stacey.bosshardt@usdoj.gov

*Agdaagux Tribe of King Cove v. Jewell*, 14-cv-110-HRH,　　　　　　　　　　　　　　　　1
DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT
Case 3:14-cv-00110-HRH   Document 82   Filed 03/09/15   Page 2 of 4

*Attorneys for Defendants*

*Agdaagux Tribe of King Cove v. Jewell*, 14-cv-110-HRH, 2
DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT
Case 3:14-cv-00110-HRH   Document 82   Filed 03/09/15   Page 3 of 4

**CERTIFICATE OF SERVICE**

I hereby certify that, pursuant to D.Ak. L.R. 5.3(f)(2), this document will be served via Electronic Case Filing on the following counsel of record in this case:

Brook Brisson
James F. Clark
Thomas E. Lenhart
Steven W. Silver
Katherine G. Strong

/s/ Stacey Bosshardt
STACEY BOSSHARDT

*Agdaagux Tribe of King Cove v. Jewell*, 14-cv-110-HRH, 3
DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT
Case 3:14-cv-00110-HRH   Document 82   Filed 03/09/15   Page 4 of 4