Steven W. Silver Alaska Bar # 7606089
Robertson, Monagle and Eastaugh
1810 Samuel Morse Dr., Suite 202
Reston, VA 20190
Tel: 703.-527-4414
Fax: 703-527-0421
**ssilver628@aol.com**

James F. Clark Alaska Bar # 6907025
Law Office of James F. Clark
1109 C Street
Juneau, Alaska 99801
Tel: 907-586-0122
Fax: 907-586-1093
jfclarkiii@gmail.com

*Attorneys for Plaintiffs/Appellants*

CRAIG W. RICHARDS
ATTORNEY GENERAL

By: Thomas E. Lenhart
Senior Assistant Attorney General
Alaska Bar no. 0703006
P.O. Box 110300
Juneau, AK 99811-0300
907.465.3600 main
907.465.2417 fax
tom.lenhart@alaska.gov

*Attorney for Plaintiff-Intervenor State of Alaska-Appellant*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| AGDAAGUX TRIBE OF KING COVE, NATIVE VILLAGE OF BELKOFSKI, KING COVE CORPORATION, ALEUTIANS EAST BOROUGH, CITY OF KING COVE, ETTA KUZAKIN, and LEFF KENEZUROFF | Civil Action No. 3-14-cv-00110 (HRH) |
| | **NOTICE OF APPEAL** |

1

|  |  |
|---|---|
| **Appellants/**Plaintiffs, | |
| State of Alaska | |
| Plaintiff-Intervenor-Appellants | |
| v. | |
| **SALLY JEWELL, Secretary of the Department of Interior; KEVIN WASHBURN, Assistant Secretary For Indian Affairs; RACHEL JACOBSON, Acting Assistant Secretary for Fish Wildlife and Parks; DAN ASHE, Director, United States Fish and Wildlife Service; GEOFF HASKETT, Regional Director, United States Fish and Wildlife Service; and DOUG DAMBERG; Manager, Izembek National Wildlife Refuge** | |
| Appellees/Defendants | |
| **FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES, DEFENDERS OF WILDLIFE, CENTER FOR BIOLOGICAL DIVERSITY, WILDERNESS WATCH, NATIONAL AUDUBON SOCIETY, WILDERNESS SOCIETY, NATIONAL WILDLIFE REFUGE ASSOCIATION, and SIERRA CLUB** | |
| Appellees/Defendants-Intervenor | |

## NOTICE OF APPEAL AND REPRESENTATION STATEMENT

Pursuant to Rule 3 of Federal Rules of Appellate Procedure, all Plaintiffs and Plaintiff-Intervenor in the above captioned case file this Notice of Appeal in the above captioned case.

This Appeal is taken of the Order issued by the Alaska Federal District Court dated September 8, 2015 Order (DE 95) and Judgment (DE 96) dated September 9, 2015 and granting Defendants'

Motion for Summary Judgment Upholding the Secretary of Interior's Record of Decision and denying the Plaintiffs', and Plaintiff-Intervenor's Cross Motion for Summary Judgment.

Pursuant to the Rule, Plaintiffs and Plaintiff-Intervenor have served this Notice of Appeal on each Counsel of Record in this case as required by the Rule.

DATED this 4<u>TH</u> day of November 2015.

<u>       s/Steven W. Silver              </u>
Steven W. Silver
Robertson, Monagle and Eastaugh
Alaska Bar #7606089

<u>       s/ James F. Clark                                   </u>
James F. Clark
LAW OFFICE OF JAMES F. CLARK
Alaska Bar #690725

CRAIG W. RICHARDS
ATTORNEY GENERAL

<u>      s/ Thomas E. Lenhart     </u>
Thomas E. Lenhart
Senior Assistant Attorney General
Alaska Bar no. 0703006

**REPRSENTATION STATEMENT**

Pursuant to Federal Rules of Appellate Procedure 12(b) and Circuit Rule 3-2(b) Plaintiffs-Appellants and Intervenor-Plaintiff-State of Alaska provide the following list of Parties to the action and their counsels:

Plaintiffs-Appellants: Agdaagux Tribe of King Cove, Native Village of Belkofski, King Cove

3

Corporation, Aleutians East Borough, City of King Cove, Etta Kuzakin, and Leff Kenezuroff Represented by:

Steven W. Silver Alaska Bar # 7606089
Robertson, Monagle and Eastaugh
1810 Samuel Morse Dr., Suite 202
Reston, VA 20190
Tel: 703.-527-4414
Fax: 703-527-0421
ssilver628@aol.com

James F. Clark Alaska Bar # 6907025
Law Office of James F. Clark
1109 C Street
Juneau, Alaska 99801
Tel: 907-586-0122
Fax: 907-586-1093
jfclarkiii@gmail.com

Plaintiff-Intervenor-Appellant: State of Alaska represented by:

Thomas E. Lenhart Alaska Bar # 0703006
Senior Assistant Attorney General
P.O. Box 110300
Juneau, AK 99811-0300
907.465.3600 main
907.465.2417 fax
tom.lenhart@alaska.gov


Federal Defendants: United States Department of Interior, Unites States Fish and Wildlife Service, SALLY JEWELL, Secretary of the Department of Interior; KEVIN WASHBURN Assistant Secretary For Indian Affairs; RACHEL JACOBSON, Acting Secretary for Fish Wildlife and Parks; DAN ASHE, Director, United States Fish and Wildlife Service; Geoff Haskett, Regional Director, United States Fish and Wildlife Service and DOUG DAMBERT, Manager, Izembek National Wildlife Refuge represented by:

Stacey Bosshardt, Senior Trial Attorney
Natural Resources Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-2912
(202) 305-0506 (fax)
stacey.bosshardt@usdoj.gov

4

Intervenor-Defendants: Friends of Alaska National Wildlife Refuges, Defenders of Wildlife, Wilderness Watch, the Center for Biological Diversity, Wilderness Society, National Audubon Society, National Wildlife Refuge Association and Sierra Club. Represented by:

Katherine Strong
Brook Bisson
Trustees for Alaska
1026 W. 4th Ave., Suite 201
Anchorage, AK 99501
(907) 276-4244
(907) 276-7110(fax)
kstrong@trustees.org
bbisson@trustees.org

### Certificate of Service

I hereby certify that pursuant to Rule 3 of the Rules of Federal Appellate Procedure, Plaintiffs-Appellants have served this Notice of Appeal on each Counsel of Record in this case by serving electronically on counsel for the following parties.

Thomas E. Lenhart
Senior Assistant Attorney General
P.O. Box 110300
Juneau, AK 99811-0300
907.465.3600 main
907.465.2417 fax
tom.lenhart@alaska.gov

Stacey Bosshardt, Senior Trial Attorney
Natural Resources Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-2912
(202) 305-0506 (fax)
stacey.bosshardt@usdoj.gov

Katherine Strong
Brook Bisson
Trustees for Alaska
1026 W. 4th Ave., Suite 201

Anchorage, AK 99501
(907) 276-4244
(907) 276-7110(fax)
kstrong@trustees.org
bbisson@trustees.org

                                            s/ Steven W. Silver
                                           Steven W. Silver Alaska Bar # 7606089
                                           Robertson, Monagle and Eastaugh
                                           1810 Samuel Morse Dr., Suite 202
                                           Reston, VA 20190
                                           Tel: 703.-527-4414
                                           Fax: 703-527-0421
                                           ssilver628@aol.com